IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0025-P |
| DAUBEN, INC. d/b/a TEXAS INTERNATIONAL PROPERTY ASSOCIATES et al., | § § § § § | |
| Defendants. | § § | |

## ORDER SCHEDULING ORAL ARGUMENT

After consideration by the Court it has been determined that Defendants Ondova Limited Company and Jeffrey Baron Motion to Dismiss, filed July 6, 2009 is set for oral argument on **Thursday, November 19, 2009 at 10:00 a.m.** The parties shall have fifteen (15) minutes per side to argue the aforementioned motion. Oral argument will be held before the Honorable Jorge A. Solis, United States District Judge, 1100 Commerce Street, Courtroom 1632, Dallas, Texas.

**IT IS SO ORDERED** this 14th day of October 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE